UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| THE APPLICATION OF THE UNITED STATES OF AMERICA AND WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON: | ) ) ) ) ) ) | DOCKET NO. 1:14mc6 **ORDER** |
| "THE SUBJECT VEHICLE" 2000 FORD RANGER (WHITE IN COLOR) NC LICENSE PLATE NUMBER "ZWX-9152" VIN # 1FTYR10V1YTA23601 | ) ) ) ) ) ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the application and warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the application and warrant in the above-captioned case be unsealed.

Signed: May 7, 2014

Dennis L. Howell
United States Magistrate Judge